FILED
2022 Nov-22 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA,**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **STEVEN B. MURPHY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 2:22-cv-1450-GMB** |
| | ) | |
| **THE LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

Respectfully Submitted,

_/s/ Peter H. Burke_______________
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:

Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054
pburke@burkeharvey.com