FILED
2022 Nov-29 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| STEVEN B. MURPHY<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-01450-GMB |
| THE LINCOLN NATIONAL LIFE INSURANCE CO<br>*Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company
c/o Legal Department
175 Berkeley Street
Boston, MA 02116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter H. Burke, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243

If you fail to respond, judgment by default ~~will be~~ may entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT
*CLERK OF COURT*

Date: 11/28/2022

Krystal Miller
*Signature of Clerk or Deputy Clerk*