FILED
2023 Jan-09 PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

Steven B. Murphy
Plaintiff }
v. } Case Number: 2:22-cv-1450-GMB
}
The Lincoln National Life Insurance Company }
Defendant }

**NOTICE OF REASSIGNMENT**

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable R. David Proctor. Please use case number 2:22-cv-1450-RDP on all subsequent pleadings.

DATED: January 9, 2023

SHARON N. HARRIS, CLERK

By: ___K. Miller_________
Deputy Clerk

SNH: kam

xc: Judges
Counsel