FILED
2023 Oct-25 AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **STEVEN B. MURPHY,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:22-CV-1450-RDP** |
| | } | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | } | |
| | } | |
| | } | |
| **Defendant.** | } | |

**CLERK'S COURT MINUTE ENTRY**

Pursuant to Federal Rule of Civil Procedure 41(a), the parties have jointly stipulated to dismissal of this action WITH PREJUDICE. (Doc. 14), each side shall bear its own attorneys' fees and costs.

This case is CLOSED.

**DATED:** October 25, 2023

GREER M. LYNCH, CLERK

By:Karen Humphrey______

Deputy Clerk